UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

TIME SQUARE CONSTRUCTION, INC.                  :

               Plaintiff,     :

                           :          07 CIV. _7403_ _(SULLIVAN)_

          v.                              :

BUILDING AND CONSTRUCTION TRADES          :          **ECF CASE**
COUNCIL OF GREATER NEW YORK,
ENTERPRISE ASSOCIATION OF                          :
STEAMFITTERS LOCAL 638 OF THE UNITED       :          **Rule 7.1 Statement**
ASSOCIATION, CEMENT AND CONCRETE
WORKERS LOCAL 20 OF THE LABORERS            :
INTERNATIONAL UNION OF NORTH
AMERICA, UNITED BROTHERHOOD OF              :
CARPENTERS & JOINERS OF AMERICA LOCAL     :
608, LOCAL #46 METALLIC LATHERS UNION       :
AND REINFORCING IRONWORKERS OF NEW        :
YORK AND VICINITY OF THE                              :
INTERNATIONAL ASSOCIATION OF BRIDGE,       :
STRUCTURAL, ORNAMENTAL AND                     :
REINFORCING IRON WORKERS,                          :
INTERNATIONAL UNION OF OPERATING            :
ENGINEERS LOCAL 14-14B, INTERNATIONAL      :
UNION OF OPERATING ENGINEERS, LOCAL        :
15D, AFFILIATED WITH THE AFL-CIO,                 :
LABORERS LOCAL 79, A CONSTITUENT            :
LOCAL UNION OF THE MASON TENDERS            :
DISTRICT COUNCIL OF GREATER NEW YORK,    :
AFFILIATED WITH LABORERS                            :
INTERNATIONAL UNION OF NORTH                    :
AMERICA, MASON TENDERS DISTRICT              :
COUNCIL OF GREATER NEW YORK, DISTRICT     :
COUNCIL OF NEW YORK CITY AND VICINITY      :
OF THE UNITED BROTHERHOOD OF                  :
CARPENTERS, JOINERS OF AMERICA, AFL-CIO   :
AND LOCAL UNION 3, INTERNATIONAL            :
BROTHERHOOD OF ELECTRICAL WORKERS       :
AND TEAMSTERS LOCAL 282 A/W                     :
INTERNATIONAL BROTHERHOOD OF                 :
TEAMSTERS, AFL-CIO                                        :
              Defendants.     :
------------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Time Square Construction, Inc. certifies that Time Square Construction, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held

Dated: August 20, 2007
       New York, New York

                                        **MCDERMOTT WILL & EMERY LLP**

                                        By: _____
                                            Joel E. Cohen (JC 5312)
                                            340 Madison Avenue
                                            New York, New York 10173
                                            (212) 547-5400

                                            Attorneys for Plaintiff
                                            *Time Square Construction, Inc.*