# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7403

Date Filed: 8/20/2007

Plaintiff:
**TIMES SQUARE CONSTRUCTION, INC.**

vs.

Defendant:
**BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, et al**

For:
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173-4613

Received these papers to be served on **INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15D AFL-CIO, located at 265 West 14th Street, New York, New York.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **21st day of August, 2007** at **2:15 pm, I:**

Served the above named Entity by delivering a true copy of the **Summons In A Civil Action, Complaint, Civil Cover Sheet & Rule 7.1 Statement** to Pat Nelson, Administrative Assistant, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 55,  Sex: F,  Race/Skin Color: White,  Height: 5'1",  Weight: 180,  Hair: Grey, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 22nd day of August, 2007  by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007003534
Ref: 07 CIV 7403