PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
*Attorneys for Defendant*
*Cement and Concrete Workers 20 of the Laborers International Union of North America*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TIME SQUARE CONSTRUCTION, INC.,

                 Plaintiff,

    -against-                         07 Civ. 7403 (SOL)

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK,          **NOTICE OF APPEARANCE**
ENTERPRISE ASSOCIATION OF STEAMFITTERS
LOCAL 638 OF THE UNITED ASSOCIATION,
CEMENT AND CONCRETE WORKERS LOCAL 20
OF THE LABORERS INTERNATIONAL UNION OF
NORTH AMERICA, UNITED BROTHERHOOD OF
CARPENTERS & JOINERS OF AMERICA LOCAL
608, LOCAL #46 METALLIC LATHERS UNION
AND REINFORCING IRONWORKERS OF NEW
YORK AND VICINITY OF THE INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON
WORKERS, INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 14-14B,
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15D, AFFILIATED WITH
THE AFL-CIO, LABORERS LOCAL 79, A
CONSTITUENT LOCAL UNION OF THE MASON
TENDERS DISTRICT COUNCIL OF GREATER
NEW YORK, AFFILIATED WITH LABORERS
INTERNATIONAL UNION OF NORTH AMERICA,
MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK, DISTRICT COUNCIL OF
NEW YORK CITY AND VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS,
JOINERS OF AMERICA, AFL-CIO AND LOCAL 3,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS AND TEAMSTERS
LOCAL 282 A/W INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, AFL-CIO,

                 Defendants.
-------------------------------------------------------------------- x

{00283957.DOC;}

PLEASE TAKE NOTICE that on behalf of Defendant, CEMENT AND CONCRETE WORKERS LOCAL 20 OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA, the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
      August 23, 2007

Respectfully submitted,

PITTA & DREIER LLP
*Attorneys for Defendant*
*Cement and Concrete Workers 20 of the Laborers International Union of North America*

By: _____
    Michael J. D'Angelo (MD 3030)
499 Park Avenue
New York, New York 10022
(212) 652-3890