PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
*Attorneys for Defendant*
*Cement and Concrete Workers 20 of the Laborers International Union of North America*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TIME SQUARE CONSTRUCTION, INC., :
:
                   Plaintiff, :
:
        -against- :    07 Civ. 7403 (SOL)
:
BUILDING AND CONSTRUCTION TRADES :
COUNCIL OF GREATER NEW YORK, :    **NOTICE OF APPEARANCE**
ENTERPRISE ASSOCIATION OF STEAMFITTERS :
LOCAL 638 OF THE UNITED ASSOCIATION, :
CEMENT AND CONCRETE WORKERS LOCAL 20 :
OF THE LABORERS INTERNATIONAL UNION OF :
NORTH AMERICA, UNITED BROTHERHOOD OF :
CARPENTERS & JOINERS OF AMERICA LOCAL :
608, LOCAL #46 METALLIC LATHERS UNION :
AND REINFORCING IRONWORKERS OF NEW :
YORK AND VICINITY OF THE INTERNATIONAL :
ASSOCIATION OF BRIDGE, STRUCTURAL, :
ORNAMENTAL AND REINFORCING IRON :
WORKERS, INTERNATIONAL UNION OF :
OPERATING ENGINEERS LOCAL 14-14B, :
INTERNATIONAL UNION OF OPERATING :
ENGINEERS, LOCAL 15D, AFFILIATED WITH :
THE AFL-CIO, LABORERS LOCAL 79, A :
CONSTITUENT LOCAL UNION OF THE MASON :
TENDERS DISTRICT COUNCIL OF GREATER :
NEW YORK, AFFILIATED WITH LABORERS :
INTERNATIONAL UNION OF NORTH AMERICA, :
MASON TENDERS DISTRICT COUNCIL OF :
GREATER NEW YORK, DISTRICT COUNCIL OF :
NEW YORK CITY AND VICINITY OF THE :
UNITED BROTHERHOOD OF CARPENTERS, :
JOINERS OF AMERICA, AFL-CIO AND LOCAL 3, :
INTERNATIONAL BROTHERHOOD OF :
ELECTRICAL WORKERS AND TEAMSTERS :
LOCAL 282 A/W INTERNATIONAL :
BROTHERHOOD OF TEAMSTERS, AFL-CIO, :
:
                  Defendants. :
------------------------------------------------------------------ x

{00283974.DOC;}

PLEASE TAKE NOTICE that on behalf of Defendant, CEMENT AND CONCRETE WORKERS LOCAL 20 OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA, the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
      August 23, 2007

Respectfully submitted,

PITTA & DREIER LLP
*Attorneys for Defendant*
*Cement and Concrete Workers 20 of the Laborers International Union of North America*

By: _____
    Bruce Cooper (BC 2764)
499 Park Avenue
New York, New York 10022
(212) 652-3890