UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Via ECF

TIME SQUARE CONSTRUCTION, INC.,

        Plaintiff,

        v.

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK, ENTERPRISE
ASSOCIATION OF STEAMFITTERS LOCAL 638
OF THE UNITED ASSOCIATION, et al.

        Defendants.

------------------------------------------------------------------X

Index No.
07-CV-7403
(RJS)(DCF)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I enter my appearance as counsel in this case for Defendant Enterprise Association of Steamfitters Local 638 of the United Association. Copies of all papers served and filed should be sent to THE LAW OFFICE OF RICHARD S. BROOK.

I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated: Mineola, New York
      August 24, 2007

_____
      Richard S. Brook
(RSB3687)
Law Office of Richard S. Brook
114 Old Country Road, Suite 250
Mineola, New York 11501
516-741-8400  Telephone
516-741-0591  Fax
rsbrookesq@msn.com

## CERTIFICATE OF SERVICE

<u>Index No.: 07-CV-7403 (RJS)(DCF)</u>

The undersigned attorney hereby certifies that one copy of the within Notice of Appearance was served this day by depositing a true copy thereof in a post paid wrapper, marked First Class Mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Joel E. Cohen, Esq.
McDermott, Will & Emery, LLP
340 Madison Avenue New York, NY 10178
Counsel for Plaintiff

Michael J. D'Angelo, Esq.
Pitta Dreier, LLP
499 Park Avenue
New York, New York 10022
Counsel for Defendant
Cement and Concrete Workers Local 20 of the
Laborers Int'l Union of N. America

Richard S. Brook (RSB3687)

Dated: Mineola, New York
        August 24, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Via ECF

TIME SQUARE CONSTRUCTION, INC.,

        Plaintiff,  Index No.
 07-CV-7403
 (RJS)(DCF)

   v.

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK, ENTERPRISE
ASSOCIATION OF STEAMFITTERS LOCAL 638
OF THE UNITED ASSOCIATION, et al.

        Defendants.

------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

LAW OFFICE
OF
RICHARD S. BROOK
114 OLD COUNTRY ROAD
SUITE 250
MINEOLA, NEW YORK 11501

(516) 741-8400
® 54