UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC.<br><br>v.<br><br>BUILDING AND CONSTRUCTION TRADES COUNSEL OF GREATER NEW YORK, ENTERPRISE ASSOCIATION OF STEAMFITTERS LOCAL 638 OF THE UNITED ASSOCIATION, ET AL | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 07-CIV-7403<br>: (Judge Sullivan) |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, <u>Defendant</u>, who is <u>Local 46 Metallic Lathers Union</u>, makes the following disclosure:

1. If the party a non-governmental corporate party? **No**

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 if "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: <u>August 31, 2007</u>                                       <u>s/ Richard H. Markowitz, Esquire</u>