## Certificate of Service

The undersigned hereby certifies that on August 31, 2007, the foregoing Answer to Complaint was filed with the Clerk of the Court and served in accordance with the District Court's Rules on Electronic Service upon the following parties and participants:

>Joel E. Cohen, Esquire
>McDermott Will & Emery LLP
>340 Madison Avenue
>New York, New York 10173

>_____/s/_____
>RICHARD H. MARKOWITZ, ESQUIRE
>(RHM 5158)
>Attorney for Defendant Local 46
>Metallic Lathers Union and Reinforcing
>Ironworkers of New York City and Vicinity
>Markowitz and Richman
>1100 North American Building
>121 S. Broad Street
>Philadelphia, PA 19107
>(215) 875-3111

Date: August 31, 2007