UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X  Via ECF

TIME SQUARE CONSTRUCTION, INC.,

        Plaintiff,  Index No.
          07-CV-7403
          (RJS)(DCF)

    v.

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK, ENTERPRISE
ASSOCIATION OF STEAMFITTERS LOCAL 638
OF THE UNITED ASSOCIATION, et al.

        Defendants.

------------------------------------------------------------------X

## STATEMENT PURSUANT TO FRCP 7.1

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Enterprise Association of Steamfitters Local 638 of the United Association (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE

Dated:  
Mineola, New York  
September 7, 2007

By:

Law Office of Richard S. Brook  
Richard S. Brook, Esq.

_____  
RSB3687  
Attorneys for Defendant  
Enterprise Association of Steamfitters Local 638 of the United Association  
114 Old Country Road, Suite 250  
Mineola, New York 11501  
516-741-8400

## CERTIFICATE OF SERVICE

<u>Index No.: 07-CV-7403(RJS)(DCF)</u>

The undersigned attorney hereby certifies that one copy of the within Defendant Enterprise Association of Steamfitters Local 638 of the United Association Pursuant to FRCP 7.1 to Plaintiff was served this day depositing a true copy thereof in a post paid wrapper, marked Service First Class Mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Joel E. Cohen, Esq.
McDermott, Will & Emery, LLP
340 Madison Avenue New York, NY 10178
Counsel for Plaintiff

Bruce J. Cooper, Esq.
Michael J. D'Angelo, Esq.
Pitta & Dreier, LLP
499 Park Avenue
New York, New York 10022
Counsel for Defendant
Cement & Concrete Workers Local 20 of the Laborers International
Union of North America

Richard H. Markowitz, Esq.
Markowitz & Richman
1100 North American Building
121 S. Broad Street
Philadelphia, PA 19107
Counsel for Defendant
Local 46 Metal Lathers Union of the International Ass'n. of Iron Workers

Norman Rothfeld, Esq.
276 Fifth Avenue,
New York, New York 10001
Counsel for Defendant
Local Union 3, International Brotherhood of Electrical Workers

Carol O'Rourke Pennington, Esq.
Colleran, O'Hara & Mills
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
Counsel for Defendant
Building & Construction Trades Council of Greater New York

_____
Richard S. Brook (RSB 3687)

Dated: Mineola, New York
September 7, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X    Via ECF

TIME SQUARE CONSTRUCTION, INC.,

        Plaintiff,                                             Index No.
                                                                         07-CV-7403
                                                                         (RJS)(DCF)

    v.

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK, ENTERPRISE
ASSOCIATION OF STEAMFITTERS LOCAL 638
OF THE UNITED ASSOCIATION, et al.

        Defendants.
-----------------------------------------------------------------------X

## STATEMENT PURSUANT TO FRCP 7.1

LAW OFFICE
OF
**RICHARD S. BROOK**
114 OLD COUNTRY ROAD
SUITE 250
MINEOLA, NEW YORK 11501

(516) 741-8400