UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC.,<br>**Plaintiff**<br><br>-v-<br><br>BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK ET AL,<br><br>**Defendant** | Case No.   07-CIV-7403<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BUILDING CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date:   9-7-07

**Signature of Attorney**
Carol O'Rourke Pennington
**Attorney Bar Code:**  COP-0594

Form Rule7_1.pdf