UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
     :
TIME SQUARE CONSTRUCTION, INC.,     :
     :
                            Plaintiff,     :     Case No. 07 CIV 7403
     :     (Sullvan, J.)
           - against -     :
     :
BUILDING AND CONSTRUCTION TRADES     :
COUNCIL OF GREATER NEW YORK, *et al.*,     :
     :
                        Defendants.     :
     :
------------------------------------------------------------------x

RULE 7.1 STATEMENT OF DEFENDANT
LOCAL 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS

        Defendant Local 282, International Brotherhood of Teamsters ("Local 282"), by its counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that Local 282 has no corporate or other parent, and no publicly held corporation owns any stock of Local 282.

Dated:  New York, New York
         September 10, 2007

                                                        Respectfully submitted,

                                                        /s/ Bruce S. Levine
                                                    Bruce S. Levine (BL 2309)
                                                    COHEN, WEISS and SIMON LLP
                                                    330 West 42nd Street
                                                    New York, New York 10036
                                                    (212) 563-4100

                                                    Attorneys for Defendant Local 282,
                                                    International Brotherhood of Teamsters