UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TIME SQUARE CONSTRUCTION, INC.,                       :
                                                      :
                              Plaintiff,              :
                                                      :
                 -against-                            :        **07 Civ. 7403**
                                                      :        **(Sullivan, J.)**
BUILDING AND CONSTRUCTION TRADES COUNCIL              :
OF GREATER NEW YORK, ENTERPRISE                       :
ASSOCIATION OF STEAMFITTERS LOCAL 638 OF              :
THE UNITED ASSOCIATION, CEMENT AND                    :
CONCRETE WORKERS LOCAL 20 OF THE LABORERS             :
INTERNATIONAL UNION OF NORTH AMERICA,                 :
UNITED BROTHERHOOD OF CARPENTERS &                    :
JOINERS OF AMERICA LOCAL 608, LOCAL #46               :
METALLIC LATHERS UNION AND REINFORCING                :
IRONWORKERS OF NEW YORK AND VICINITY OF               :
THE INTERNATIONAL ASSOCIATION OF BRIDGE,              :
STRUCTURAL, ORNAMENTAL AND REINFORCING                :
IRON WORKERS, INTERNATIONAL UNION OF                  :
OPERATING ENGINEERS LOCAL 14-14B,                     :
INTERNATIONAL UNION OF OPERATING                      :
ENGINEERS, LOCAL 15D, AFFILIATED WITH THE             :
AFL-CIO, LABORERS LOCAL 79, A CONSTITUENT             :
LOCAL UNION OF THE MASON TENDERS DISTRICT             :
COUNCIL OF GREATER NEW YORK, AFFILIATED               :
WITH LABORERS INTERNATIONAL UNION OF                  :
NORTH AMERICA, MASON TENDERS DISTRICT                 :
COUNCIL OF GREATER NEW YORK,  DISTRICT                :
COUNCIL OF NEW YORK CITY AND VICINITY OF              :
THE UNITED BROTHERHOOD OF CARPENTERS,                 :
JOINERS OF AMERICA, AFL-CIO AND LOCAL 3,              :
INTERNATIONAL BROTHERHOOD OF ELECTRICAL               :
WORKERS AND TEAMSTERS LOCAL 282 A/W                   :
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,               :
AFL-CIO,                                              :
                                                      :
                              Defendants.             :
------------------------------------------------------------------ x

## STATEMENT PURSUANT TO FRCP 7.1

Defendant District Council of Cement & Concrete Workers Union, LIUNA, s/h/a

Cement and Concrete Workers Local 20 of the Laborers International, Union of North America,

(a private non-governmental party), by its attorneys, pursuant to Rule 7.1 of the Federal Rules of

{00288232.DOC;}

Civil Procedure hereby certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held, and no publicly held corporation owns any of its stock.

Dated: New York, New York
         September 11, 2007

                                    Respectfully submitted,

                                    PITTA & DREIER, LLP

                                    By:
                                        Bruce J. Cooper (BC 2764)
                                    Attorneys for Defendant
                                    District Council of Cement & Concrete Workers
                                    Union,    LIUNA, s/h/a Cement and Concrete
                                    Workers Local 20 of the Laborers International
                                    Union of North America
                                    499 Park Avenue, 15th Floor
                                    New York, New York 10022
                                    (212) 652 - 3890
                                    (212) 652 - 3891

Of counsel:
Michael D'Angelo (MD 3030)

{00288232.DOC;}

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                         s.s.:
COUNTY OF NEW YORK      )

SUSAN E. GEMPLER, being duly sworn, deposes and says:

That deponent is not a party to the action is over eighteen years of age and resides in Rutherford,

New Jersey.

That on the 11th day of September, 2007 deponent served by first class mail the within ANSWER

OF DISTRICT COUNCIL OF CEMENT & CONCRETE WORKERS UNION, LIUNA and

STATEMENT PURSUANT TO FRCP 7.1 upon:

**Richard S. Brook, Esq.**
LAW OFFICES OF RICHARD S. BROOK
Attorneys for Defendants
114 Old Country Road, Suite 250
Mineola, New York 11501
rbrookesq@msn.com

**Bruce Steven Levine**
COHEN, WEISS AND SIMON LLP
Attorneys for the Defendants
330 West 42nd Street
New York, New York 10036
blevine@cwsny.com

**Carol L. O'Rourke, Esq.**
COLLERAN, O'HARA & MILLS LLP
Attorneys for Defendant
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
cop@cohmlaw.com.

**Joel Emmet Cohen, Esq.**
MCDERMOTT, WILL & EMERY, LLP
Attorneys for Plaintiff
340 Madison Avenue
New York, New York 10017
jcohen@mwe.com

**Richard H. Markowitz, Esq.**
MARKOWITZ AND RICHMAN
121 S. Broad Street
Philadelphia, PA 19107
kbrookes@markowitzandrichman.com.

Susan E. Gempler

Sworn to before me this
11th day of September, 2007

Notary Public

**Jane L. Barker**
**Notary Public, State of New York**
**No. 02BA6144861**
**Qualified in Westchester County**
**Commission Expires May 1, 20 10**

{00288540.DOC;}