UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07

---

TIMES SQUARE CONSTRUCTION, INC.,

      Plaintiff,

  -against-

BUILDING AND CONSTRUCTION TRADES COUNCIL
OF GREATER NEW YORK, ENTERPRISE ASSOCIATION
OF STEAMFITTERS LOCAL 638 OF THE UNITED
ASSOCIATION, CEMENT AND CONCRETE WORKERS
LOCAL 20 OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA, UNITED BROTHERHOOD
OF CARPENTERS & JOINERS OF AMERICA LOCAL
608, LOCAL #46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK AND
VICINITY OF THE INTERNATIONAL ASSOCIATION
OF BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS, INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 14-14B,
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15D, AFFILIATED WITH THE AFL-CIO,
LABORERS LOCAL 79, A CONSTITUENT LOCAL
UNION OF THE MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK, AFFILIATED WITH
LABORERS INTERNATIONAL UNION OF NORTH
AMERICA, MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK, DISTRICT COUNCIL OF
NEW YORK CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS, JOINERS OF
AMERICA, AFL-CIO AND LOCAL UNION 3, INTER-
NATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS AND TEAMSTERS LOCAL 282 A/W
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
AFL-CIO,

      Defendants.

------------------------------------X

**STIPULATION & ORDER EXTENDING DEFENDANT I.U.O.E. LOCAL 15D'S TIME TO ANSWER THE COMPLAINT**

07-CIV-7403 (RJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for the Plaintiff and Defendant INTERNATIONAL UNION OF OPERATING

PAGE 1/3 * RCVD AT 9/5/2007 2:07:17 PM [Eastern Daylight Time] * SVR:RF/0 * DNIS:309 * CSID:9144784142 * DURATION (mm-ss):02-04

PAGE 2/3 * RCVD AT 9/5/2007 4:34:18 PM [Eastern Daylight Time] * SVR:RF/0 * DNIS:500 * CSID:9144784142 * DURATION (mm-ss):01-12

 

ENGINEERS LOCAL 15D, AFL-CIO, in the above-captioned matter, that the time for said Defendant to answer the Complaint in the above-captioned action is extended up to and including October 12, 2007. The Defendant waives any defense based upon the lack of personal jurisdiction.

Dated: Hastings-on-Hudson, New York
September 5, 2007

McDERMOTT WILL & EMERY LLP

By: Joel E. Cohen (JC-5312)
Attorneys for Plaintiff
340 Madison Avenue
New York, New York 10173
(212) 547-5400

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Defendant IUOE Local 15D
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

SO ORDERED.

The Hon. Richard J. Sullivan
9/11/07

PAGE 3/3 * RCVD AT 9/5/2007 2:42:17 PM [Eastern Daylight Time] * SVR:RF/0 * DNIS:504 * CSID:9144784142 * DURATION (mm-ss):12-04

PAGE 3/3 * RCVD AT 3-5/2007 4:44:18 PM [Eastern Daylight Time] * SVR:RF/0 * DNIS:500 * CSID:9144784142 * DURATION (mm-ss):01-12

TOTAL P.25

TOTAL P.03