UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.,

        Plaintiff,

 -against-

              07Civ 7403

BUILDING AND CONSTRUCTION TRADES COUNCIL
OF GREATER NEW YORK, ENTERPRISES ASSOCIATION
OF STEAMFITTERS LOCAL 638 OF THE UNITED
ASSOCIATION, CEMENT AND CONCRETE WORKERS   STIPULATION TO EXTEND
LOCAL 20 OF THE LABORERS INTERNATIONAL UNION   TIME TO ANSWER
OF NORTH AMERICA, UNITED BROTHERHOOD OF
CARPENTERS & JOINERS OF AMERICA LOCAL 608,
LOCAL #46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK AND
VICINITY OF THE INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS, INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15D,
AFFILIATED WITH THE AFL-CIO, LABORERS
LOCAL 79, A CONSTITUENT LOCAL UNION OF THE
MASON TENDERS DISTRICT COUNCIL OF GREATER
OF NEW YORK, AFFILIATED WITH LABORERS
INTERNATIONAL UNION OF NORTH AMERICA,
MASON TENDERS DISTRICT COUNCIL OF GREATER
NEW YORK, DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED BROTHERHOOD OF
CARPENTERS, JOINERS OF AMERICA, AFL-CIO AND
LOCAL UNION 3, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS AND TEAMSTERS LOCAL 282
A/W INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, AFL-CIO,

        Defendants.
-------------------------------------------------------X

COUNSEL:

  IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the time for defendants to serve their Answer to the

Complaint is hereby extended to and including September 24, 2007.

Dated: New York, New York
September 10, 2007

O'DWYER & BERNSTIEN, LLP
Attorneys for Defendants

BY: GARY SILVERMAN (GS-9287)
52 Duane Street, 5th Floor
New York, New York 10007
(212) 571-7100

McDERMOTT, WILL & EMERY, LLP
Attorneys for Plaintiff

BY: JOEL E. COHEN (JEC5312)
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400

H:\LABOR\Local 608\Time Square Construction v DC and Local608\Stip to Extend Time to Answer.doc

PAGE 3/3 * RCVD AT 9/10/2007 5:53:10 PM [Eastern Daylight Time] * SVR:RF/3 * DNIS:500 * CSID:2125717124 * DURATION (mm-ss):01-08

TOTAL P.03