UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC., | : |
| Plaintiff, | : 07 CIV. 7403 (Sullivan) |
| v. | : ECF CASE |
| BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, ENTERPRISE ASSOCIATION OF STEAMFITTERS LOCAL 638 OF THE UNITED ASSOCIATION, CEMENT AND CONCRETE WORKERS LOCAL 20 OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA LOCAL 608, LOCAL #46 METALLIC LATHERS UNION AND REINFORCING IRONWORKERS OF NEW YORK AND VICINITY OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15D, AFFILIATED WITH THE AFL-CIO, LABORERS LOCAL 79, A CONSTITUENT LOCAL UNION OF THE MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK, AFFILIATED WITH LABORERS INTERNATIONAL UNION OF NORTH AMERICA, MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK, DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS, JOINERS OF AMERICA, AFL-CIO AND LOCAL UNION  3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AND TEAMSTERS LOCAL 282 A/W INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO, | : **ANSWER OF LOCAL UNION NO. 3** |
| Defendants. | : |

------------------------------------------x

Defendant LOCAL UNION NO. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO ("Local 3") represented by the undersigned, answering the Complaint, states:

1. Denies knowledge and information with respect to the allegations contained in paragraphs 4, 17, 18, 19, 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 42, and 43.

2. Denies the allegations contained in paragraphs 27, 28, 29, 28, 40, 41, 44, and 45 of the Complaint with respect to Local 3, and denies knowledge with respect to the other defendants..

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against defendant Local 3 upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to state allegations against Local 3 with the requisite specificity.

### THIRD AFFIRMATIVE DEFENSE

Local 3 did not engage in speech or conduct as set forth in the Complaint in violation of 29 U.S.C. §§ 158(b)(4)(i)(ii)(B),29 U.S.C. § 187, or of any other law as alleged in the Complaint.

WHEREFORE, this Court should dismiss the Complaint against Local 3.

Respectfully submitted,

S/Norman Rothfeld
NORMAN ROTHFELD (NR 0639)
Attorney for Defendant, Local Union No. 3, IBEW
276 Fifth Avenue, Suite 806
New York, New York 10001
Tel.: (212) 686-0070

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that one copy of the within Answer was served this day by mailing a true copy by first-class mail in an official depository of the U.S. Postal Service, addressed to:

>Joel E. Cohen, Esq.
>McDermott, Will & Emery, LLP
>340 Madison Avenue
>New York, New York 10178
>
>Richard S. Brook, Esq.
>114 Old Country Road, Suite 250
>Mineola, New York 11501
>
>Pitta Dreier, LLP
>499 Park Avenue
>New York, New York 10022
>
>Richard H. Markowitz, Esq.
>Markowitz & Richman
>1100 North American Building
>121 S. Broad Street
>Philadelphia, PA 19107
>
>Carol O'Rourke Pennington, Esq.
>Colleran, O'Hara & Mills
>1225 Franklin Avenue, Suite 450
>Garden City, New York 11530

Dated: New York, NY
September 13, 2007

S/Norman Rothfeld
Norman Rothfeld (NR0639)