UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMES SQUARE CONSTRUCTION, INC.,

                                    Plaintiff,

-against-　　　　　　　　　　　　　　　　　　　　　　　　　CERTIFICATE
                                                                    OF SERVICE

BUILDING AND CONSTRUCTION TRADES COUNCIL
OF GREATER NEW YORK, ENTERPRISE ASSOCIATION    07-CIV-7403 (RJS)
OF STEAMFITTERS LOCAL 638 OF THE UNITED
ASSOCIATION, CEMENT AND CONCRETE WORKERS
LOCAL 20 OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA, UNITED BROTHERHOOD
OF CARPENTERS & JOINERS OF AMERICAL LOCAL
608, LOCAL #46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK AND
VICINITY OF THE INTERNATIONAL ASSOCIATION
OF BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS, INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 14-14B,
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15D, AFFILIATED WITH THE AFL-CIO,
LABORERS LOCAL 79, A CONSTITUENT LOCAL
UNION OF THE MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK, AFFILIATED WITH
LABORERS INTERNATIONAL UNION OF NORTH
AMERICA, MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK, DISTRICT COUNCIL OF
NEW YORK CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS, JOINERS OF
AMERICA, AFL-CIO AND LOCAL UNION 3, INTER-
NATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS AND TEAMSTERS LOCAL 282 A/W
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
AFL-CIO,

                                    Defendants.
-----------------------------------------------------------------X

       I, James M. Steinberg, hereby certify under penalty of perjury that on October 12, 2007, I served via regular U.S. Mail the individuals whose addresses appear below, with a copy of Defendant I.U.O.E. LOCAL 14-14B'S Answer:

Joel E. Cohen, Esq.
McDERMOT, WILL & EMERY, LLP
Attorneys for Plaintiff
340 Madison Avenue
New York, New York 10173

Carol O'Rourke Pennington, Esq.
COLLERAN, O'HARA & MILLS, LLP
Attorneys for BCTC
1225 Franklin Avenue, Suite 450
Garden City, New York 11530

Richard S. Brook, Esq.
LAW OFFICE OF RICHARD S. BROOK
Attorneys for Enterprise Association of Steamfitters Local 638
114 Old Country Road, Suite 250
Mineola, New York 11501

Bruce Jay Cooper, Esq.
PITTA & DREIER, LLP
Attorneys for Cement & Concrete Workers Local 20 of L.I.U.N.A.
499 Park Avenue
New York, New York 10022

Gary Rothman, Esq.
O'DWYER & BERNSTEIN, LLP
Attorneys for United Brotherhood of Carpenters & Joiners Local 608
    and District Council
62 Duane Street, 5th Floor
New York, New York 10007

Richard H. Markowitz, Esq.
MARKOWITZ & RICHMAN
Attorneys for Local No. 46 Metallic Lathers Union & Reinforcing
Ironworkers of New York and Vicinity of the International
Assoc. of Bridge, Structural, Ornamental & Reinforcing
Iron Workers
121 South Broad Street
Philadelphia, Pennsylvania 19107

Matthew G. McGuire, Esq.
BRADY McGUIRE & STEINBERG, P.C.
Attorneys for Defendant I.U.O.E. Local 15
603 Warburton Avenue
Hastings-on-Hudson, New York 10706

Lowell Peterson, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for Laborers Local 79
1350 Broadway, Suite 501
New York, New York 10018

Lowell Peterson, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for Mason Tenders District Council of Greater New York
1350 Broadway, Suite 501
New York, New York 10018

Norman Rothfeld, Esq.
GELB & GELB, LLP
Attorneys for I.B.E.W. Local Union 3
276 Fifth Avenue, Suite 806
New York, New York 10001

Bruce Steven Levine, Esq.
COHEN, WEISS AND SIMON, LLP
Attorneys for Teamsters Local 282
330 West 42nd Street
New York, New York 10036

*/s/ James M. Steinberg*
James M. Steinberg, Esq. (JS-3515)