# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C

Strategic alliance with MWE China Law Offices (Shanghai)

Joel E. Cohen
Attorney at Law
jcohen@mwe.com
212.547.5566

December 12, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/07

## **MEMO ENDORSED**

**BY HAND**
Honorable Richard J. Sullivan
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   Time Square Construction, Inc. v. Building and Construction
             Trades Council of Greater New York et al
             07-CV-07403 (RJS)

Dear Judge Sullivan:

    As per my letter dated December 5, 2007 requesting an adjournment of the status conference scheduled for January 3, 2008, everyone is available on January 7, 2008 at 3:00PM except for Messr. Rothfeld and D'Angelo who have not responded to my repeated requests for their availability.

    Thank you for your consideration.

Very truly yours,

Joel E. Cohen

*Initial conference adj'd to JANUARY 7, 2008 @ 4pm. Joint Status letter + proposed case management plan to be filed by 5pm on December 19 & noon on January 2 as noted in 12/4/07 order.*

RICHARD J. SULLIVAN
U.S.D.J.

cc:   Lowell Peterson, Esq. (via e-mail)
      Norman Rothfeld, Esq. (via e-mail)
      Bruce Cooper, Esq. (via e-mail)
      Richard S. Brook, Esq. (via e-mail)
      Richard H. Markowitz, Esq. (via e-mail)
      Michael J. D'Angelo, Esq. (via e-mail)
      Gary Silverman, Esq. (via e-mail)
      James M. Steinberg, Esq. (via e-mail)
      Bruce S. Levine, Esq. (via e-mail)

U.S practice conducted through McDermott Will & Emery LLP
340 Madison Avenue New York, New York 10173-1922 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com
NYK 1136514-1 079158 0011