UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
TIME SQUARE CONSTRUCTION, INC.,                               :
                                                              :    07 cv 07403 (RJS)
        Plaintiff,                                            :
                                                              :    ECF CASE
        v.                                                    :
                                                              :    **NOTICE OF APPEARANCE**
BUILDING AND CONSTRUCTION TRADES                              :
COUNCIL OF GREATER NEW YORK, ET AL                            :
                                                              :
        Defendants.                                           :
                                                              :
------------------------------------------------------------- :
                                                              x

      **PLEASE TAKE NOTICE** that Leila R. Pittaway hereby appears as counsel for the plaintiff, Time Square Construction, Inc., in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       December 14, 2007

                                              **McDERMOTT WILL & EMERY LLP**

                                              By: _____
                                                   Leila R. Pittaway (LP-59802)

                                            340 Madison Avenue
                                            New York, New York 10017
                                            (212) 547-5400

                                            *Attorneys for Plaintiff*
                                            *Time Square Construction, Inc.*