UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC., :
                    Plaintiff,   : 07-CIV-7403
      v. : (Sullivan)
  :
BUILDING AND CONSTRUCTION TRADES :
COUNCIL OF GREATER NEW YORK, : **NOTICE OF**
ENTERPRISE ASSOCIATION OF : **APPEARANCE**
STEAMFITTERS LOCAL 638 OF THE UNITED :
ASSOCIATION, CEMENT AND CONCRETE :
WORKERS LOCAL 20 OF THE LABORERS :
INTERNATIONAL UNION OF NORTH :
AMERICA, UNITED BROTHERHOOD OF :
CARPENTERS & JOINERS OF AMERICA :
LOCAL 608, LOCAL #46 METALLIC LATHERS :
UNION AND REINFORCING IRONWORKERS :
OF NEW YORK AND VICINITY OF THE :
INTERNATIONAL ASSOCIATION OF BRIDGE, :
STRUCTURAL, ORNAMENTAL AND :
REINFORCING IRON WORKERS, :
INTERNATIONAL UNION OF OPERATING :
ENGINEERS LOCAL 14-14B, INTERNATIONAL :
UNION OF OPERATING ENGINEERS, LOCAL :
15D, AFFILIATED WITH THE AFL-CIO, :
LABORERS LOCAL 79, A CONSTITUENT :
LOCAL UNION OF THE MASON TENDERS :
DISTRICT COUNCIL OF GREATER NEW :
YORK, AFFILIATED WITH LABORERS :
INTERNATIONAL UNION OF NORTH :
AMERICA, MASON TENDERS DISTRICT :
COUNCIL OF GREATER NEW YORK, :
DISTRICT COUNCIL OF NEW YORK CITY :
AND VICINITY OF THE UNITED :
BROTHERHOOD OF CARPENTERS, JOINERS :
OF AMERICA, AFL-CIO AND LOCAL UNION :
3, INTERNATIONAL BROTHERHOOD OF :
ELECTRICAL WORKERS AND TEAMSTERS :
LOCAL 282 A/W INTERNATIONAL :
BROTHERHOOD OF TEAMSTERS, AFL-CIO, :
                    Defendants.   :
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on behalf of Defendant, BUILDING CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, the undersigned attorney appears as co-counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: Garden City, New York
December 14, 2007

           Respectfully submitted,

           COLLERAN, O'HARA & MILLS L.L.P.
           Attorneys for BUILDING CONSTRUCTION
           TRADES COUNCIL OF GREATER
           NEW YORK

           By: _____
           CAROL O'ROURKE PENNINGTON (CORP-0594)
           1225 Franklin Avenue, Suite 450
           Garden City, New York 11530
           (516) 248-5757