# McDermott Will & Emery

Boston Brussels Chicago Dusseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Leila R. Pittaway
Associate
lpittaway@mwe.com
212.547.5630

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

December 14, 2007

BY HAND

Hon. Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re:   Time Square Construction Inc. v. BCTC et. al, No. 07-CV-7403 (RJS)(DCF)

Dear Judge Sullivan:

We represent the plaintiff, Time Square Construction, Inc. in the above referenced action. We write to request that Your Honor extend the deadlines for the parties to submit the joint letter referenced in Your Order of December 4, 2007, currently due on December 19, 2007, as well as the Case Management plan currently due on January 2, 2007, to January 4, 2007. We make this request because the lead attorney on this matter, Joel Cohen, had a death in his immediate family last night. That fact, coupled with the holidays, will make it very difficult to coordinate with all parties in this action before the New Year. All of the defendants consent to our request that the joint letter and Case Management plan be due on January 4, 2007.

Respectfully submitted,

Leila R. Pittaway

cc:   Carol L. O'Rourke Pennington
      Richard S. Brook
      Bruce Jay Cooper
      Michael James D'Angelo
      Gary Silverman
      Richard H. Markowitz
      James Michael Steinberg
      Lowell George Peterson
      Norman Rothfeld
      Bruce Steven Levine

*The joint letter and case management plan shall be submitted by 2 pm on Jan. 4, 2008.*

SO ORDERED
Dated: 12/18/07
RICHARD J. SULLIVAN
U.S.D.J.

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue New York, New York 10017-4613 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com