UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TIME SQUARE CONSTRUCTION, INC.**
**Plaintiff,**

-v-

**BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, ET AL**
**Defendants.**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08
```

Case No. 07-CV-07403 (RJS)(DF)

REFERRAL ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -the parties request a conference at the end of February, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
         January 7, 2008

RICHARD J. SULLIVAN
United States District Judge