UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
TIME SQUARE CONSTRUCTION, INC.                                :
                                                              :
                     Plaintiff,                          :
                                                              :   07 CIV 07403 (RJS)
               v.                                         :
                                                              :
BUILDING AND CONSTRUCTION TRADES                              :   ECF CASE
COUNCIL OF GREATER NEW YORK,                                  :
ENTERPRISE ASSOCIATION OF                                     :   NOTICE OF MOTION
STEAMFITTERS LOCAL 638 OF THE UNITED                          :   FOR LEAVE TO FILE AN
ASSOCIATION, CEMENT AND CONCRETE                              :   **AMENDED COMPLAINT**
WORKERS LOCAL 20 OF THE LABORERS                              :
INTERNATIONAL UNION OF NORTH                                  :
AMERICA, UNITED BROTHERHOOD OF                                :
CARPENTERS & JOINERS OF AMERICA LOCAL                         :
608, LOCAL #46 METALLIC LATHERS UNION                         :
AND REINFORCING IRONWORKERS OF NEW                            :
YORK AND VICINITY OF THE                                      :
INTERNATIONAL ASSOCIATION OF BRIDGE,                          :
STRUCTURAL, ORNAMENTAL AND                                    :
REINFORCING IRON WORKERS,                                     :
INTERNATIONAL UNION OF OPERATING                              :
ENGINEERS LOCAL 14-14B, INTERNATIONAL                         :
UNION OF OPERATING ENGINEERS, LOCAL                           :
15D, AFFILIATED WITH THE AFL-CIO,                             :
LABORERS LOCAL 79, A CONSTITUENT                              :
LOCAL UNION OF THE MASON TENDERS                              :
DISTRICT COUNCIL OF GREATER NEW YORK,                         :
AFFILIATED WITH LABORERS                                      :
INTERNATIONAL UNION OF NORTH                                  :
AMERICA, MASON TENDERS DISTRICT                               :
COUNCIL OF GREATER NEW YORK, DISTRICT                         :
COUNCIL OF NEW YORK CITY AND VICINITY                         :
OF THE UNITED BROTHERHOOD OF                                  :
CARPENTERS, JOINERS OF AMERICA, AFL-CIO                       :
AND LOCAL UNION 3, INTERNATIONAL                              :
BROTHERHOOD OF ELECTRICAL WORKERS,                            :
AND TEAMSTERS LOCAL 282 A/W                                   :
INTERNATIONAL BROTHERHOOD OF                                  :
TEAMSTERS, AFL-CIO                                            :
                     Defendants.                         :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon all the prior pleadings, and the accompanying memorandum of law, Plaintiff, Time Square Construction, Inc.("Time Square" or "Plaintiff"), by its attorneys McDermott Will & Emery LLP, will move this Court on a date and at a time to be designated by the Court, at the United States Courthouse located at 500 Pearl Street, New York, New York for an Order, pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure, granting Plaintiff leave to file an Amended Complaint in the form annexed hereto.

Dated: New York, New York
January 15, 2008

                              **McDERMOTT WILL & EMERY LLP**

                              By:_____
                                Joel E. Cohen (JEC5312)
                                Leila R. Pittaway (LRP2907)

                                340 Madison Avenue
                                New York, New York 10017
                                (212) 547-5400

                                *Attorneys for Plaintiff*
                                *Time Square Construction, Inc.*

NYK 1141468-1.079158.0011