UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC., | : |
| | : |
| Plaintiffs | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 07-7403 (RJS)(DCF) |
| BUILDING AND CONSTRUCTION TRADES | : |
| COUNCIL OF GREATER NEW YORK, et al., | : |
| | : |
| Defendant | : |

ENTRY OF APPEARANCE

To the Clerk of the Court and all Parties of Record:

    Please enter my appearance as *co-counsel* in this case for the defendant, Local No. 46 Metallic Lathers Union and Reinforcing Ironworkers of New York and Vicinity.

    I certify that I am admitted to practice in this Court.

MARKOWITZ & RICHMAN

| January 30, 2008 | /s/ R. Matthew Pettigrew, Jr. |
|---|---|
| Date | R. Matthew Pettigrew, Jr. (RP-9788) |
| | 1100 North American Building |
| | 121 South Broad Street |
| | Philadelphia, PA 19107 |
| | 215-875-3132 (phone) |
| | 215-790-0668 (fax) |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC., | : |
| | : |
| Plaintiffs | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 07-7403 (RJS)(DCF) |
| BUILDING AND CONSTRUCTION TRADES | : |
| COUNCIL OF GREATER NEW YORK, et al., | : |
| | : |
| Defendant | : |

---

CERTIFICATE OF SERVICE

---

    I, R. Matthew Pettigrew, Jr., hereby certify that on this date I caused the foregoing entry of appearance to be served on the following counsel for the parties in this action, via first-class mail, addressed as follows:

Joel E. Cohen, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Carol O'Rourke Pennington, Esquire
Colleran, O'Hara & Mills
Suite 450
1225 Franklin Avenue
Garden City, NY 11530

Richard S. Brook, Esquire
Suite 250
114 Old Country Road
Mineola, NY 11501

Bruce J. Cooper, Esquire
Pitta & Dreier
499 Park Avenue
New York, NY 10022

Gary Silverman, Esquire
O'Dwyer & Bernstein
Fifth Floor
52 Duane Street
New York, NY 10007

James M. Steinberg, Esquire
Brady, McGuire & Steinberg
603 Warburton Avenue
Hastings-on-Hudson, NY 10706

Lowell G. Peterson, Esquire
Meyer, Suozzi, English & Klein
Suite 501
1350 Broadway
New York, NY 10018

Norman Rothfeld, Esquire
Gelb & Gelb
Suite 806
276 Fifth Avenue
New York, NY 10001

Bruce S. Levine, Esquire
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

| January 30, 2008 | /s/  R. Matthew Pettigrew, Jr. |
|:---:|:---:|
| Date | R. Matthew Pettigrew, Jr. (RP-9788) |