UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIME SQUARE CONSTRUCTION, INC.,

        Plaintiff,

-v-

BUILDING AND CONSTRUCTION
TRADES COUNCIL OF GREATER NEW
YORK, *et al.*,

        Defendants.

No. 07 Civ. 7403 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On January 15, 2008, plaintiff in the above-entitled action filed a motion to amend the complaint. By letter dated January 18, 2008, defendants indicated that they will not oppose plaintiff's motion on the condition that plaintiff consents to an extension of the deadlines set forth in the January 8, 2008 Case Management Plan and Scheduling Order (the "CMP"). By letter dated January 28, 2008, plaintiff indicates that it will not oppose an extension of the CMP.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion to file an amended complaint is GRANTED. Plaintiff shall file and serve an amended complaint by February 8, 2008. The Clerk of the Court shall terminate the motion docketed as Document Number 48.

IT IS FURTHER ORDERED that plaintiff's request to amend the CMP is GRANTED. The parties shall abide by the amended CMP attached to this Order.

SO ORDERED.

DATED:    New York, New York
             January 29, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/08