# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

TIMESSQUARE CONSTRUCTION, INC., Plaintiff,

-v-

BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, ET AL

Defendant.

Case No. ___07-CIV-7403___

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

_____

Date: February 5, 2008

Signature of Attorney: [signature]

Attorney Bar Code: COR0594

Form Rule7_1.pdf SDNY Web 10/2007