UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TIME SQUARE CONSTRUCTION, INC.,

    Plaintiff,

v.

BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, ENTERPRISE ASSOCIATION OF STEAMFITTERS LOCAL 638 OF THE UNITED ASSOCIATION, CEMENT AND CONCRETE WORKERS LOCAL 20 OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA LOCAL 608, LOCAL #46 METALLIC LATHERS UNION AND REINFORCING IRONWORKERS OF NEW YORK AND VICINITY OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15D, AFFILIATED WITH THE AFL-CIO, LABORERS LOCAL 79, A CONSTITUENT LOCAL UNION OF THE MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK, AFFILIATED WITH LABORERS INTERNATIONAL UNION OF NORTH AMERICA, MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK, DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS, JOINERS OF AMERICA, AFL-CIO AND LOCAL UNION 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AND TEAMSTERS LOCAL 282 A/W INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO, PLUMBERS AND GASFITTERS LOCAL UNION NO. 1 AND CEMENT AND CONCRETE WORKERS LOCAL 18A OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA

    Defendants.

----------------------------------------X

: 07-CIV-7403
: (Sullivan)
:
: **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                ) ss.:
COUNTY OF NASSAU )

**LINDA PERILLO**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over eighteen (18) years of age

and resides in Garden City, New York 11530.

On February 12, 2008, Deponent served the within **AMENDED ANSWER OF THE BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK** upon the following parties in this action, at the addresses indicated below, which addresses has been designated by said party for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:  Joel E. Cohen, Esq.
McDermott, Will & Emery LLP
Counsel to Plaintiff
340 Madison Avenue
New York, New York 10173

Richard S. Brook, Esq.
Attorney for Enterprise Association of Steamfitters Local 638 of the United Association
114 Old Country Road
Suite 250
Mineola, New York 11501

Bruce J. Cooper, Esq.
Pitta & Dreier
Attorney for Defendant
Cement and Concrete Workers 20 of the Laborers International Union of North America
499 Park Avenue
New York, New York 10022

Jane Lauer-Barker
Pitta & Dreier
Attorney for Defendant Local 1
499 Park Avenue
New York, New York 10022

Gary Rothman, Esq.
O'Dwyer & Bernstein
Attorney for District Council of New York City and Vicinity of the United Brotherhood of Carpenters, Joiners of America, AFL-CIO
52 Duane Street
New York, New York 10007

Lowell G. Peterson, Esq.
Meyer, Suozzi, English & Klein
Attorney for Laborers Local 79
1350 Broadway
Suite 501
New York, New York 10018

Norman Rothfeld, Esq.
Attorney for Local Union 3, International
Brotherhood of Electrical Workers
276 Fifth Avenue Suite 806
New York, New York 10001

Bruce S. Levine, Esq.
Cohen, Weiss & Simon
Attorney for Teamsters Local 282 A/W International Brotherhood of Teamsters, AFL-CIO
330 West 42nd Street
New York, New York 10036

Matthew Pettigrew, Esq. & Richard Markowitz, Esq.
Markowitz & Richman
Attorney for Local 46 Metallic Lathers Union & Reinforcing Iron Workers of New York and Vicinity of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers
121 S. Broad Street
Philadelphia, PA 19107

James Michael Steinberg
Brady McGuire & Steinberg, P.C.
Attorney for International Union of Operating Engineers Local 14-14B and International Union of Operating Engineers, Local 15D
603 Warburton Avenue
Hastings-on-Hudson, NY 10706

Laborers Local 18A Concrete Workers
4235 Katonah Avenue
Bronx, New York 10470

Sworn to before me this
12th day of February, 2008

_____
NOTARY PUBLIC

GABRIELLA LERCARA
Notary Public, State of New York
No. 4978151
Qualified in Nassau County
Commission Expires Feb. 25, 2011

LINDA PERILLO