UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC., | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 07-7403 (RJS)(DCF) |
| BUILDING AND CONSTRUCTION TRADES | : |
| COUNCIL OF GREATER NEW YORK, et al., | : |
| | : |
| Defendant | : |

_____

RULE 7.1 STATEMENT OF DEFENDANT
LOCAL NO. 46 METALLIC LATHERS UNION AND REINFORCING
IRONWORKERS OF NEW YORK AND VICINITY

_____

     Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Local No. 46 Metallic Lathers Union and Reinforcing Ironworkers of New York and Vicinity (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are privately held.

     None.

| | |
|---|---|
| February 12, 2008 | /s/   R. Matthew Pettigrew, Jr. |
| Date | Richard H. Markowitz (RM-5158) |
| | R. Matthew Pettigrew, Jr. (RP-9788) |
| | 1100 North American Building |
| | 121 South Broad Street |
| | Philadelphia, PA 19107 |
| | 215-875-3100 |
| | |
| | Attorneys for Local No. 46 Metallic Lathers Union and Reinforcing Ironworkers of New York City and Vicinity |