UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TIME SQUARE CONSTRUCTION, INC.,

                Plaintiff,

                Case No. 07 Civ. 7403 (Sullivan)

- versus -

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

### Rule 7.1 Statement of Defendants Laborers Local 79 and Mason Tenders District Council

Pursuant to Rule 7.1 Laborers Local 79 ("Local 79") and the Mason Tenders District Council of Greater New York (the "District Council") certify that they are voluntary unincorporated associations and do not have any corporate parents, subsidiaries, or affiliates.

Dated: February 12, 2008

By: _/s/ Lowell Peterson_
Lowell Peterson (LP 5405)

MEYER, SUOZZI, ENGLISH
 & KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999


Tamir W. Rosenblum (TR 0895)
Haluk Savci (HS 0853)
MASON TENDERS DISTRICT
COUNCIL OF GREATER
NEW YORK
520 Eighth Avenue, Suite 650

1

New York, New York 10018
(212) 452-9451

Counsel for Defendants Laborers Local 79
and Mason Tenders District Council

92790