UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TIME SQUARE CONSTRUCTION, INC., :
:
                Plaintiff, :
: Case No. 07 CIV 7403
  - against - : (Sullvan, J.)
:
BUILDING AND CONSTRUCTION TRADES :
COUNCIL OF GREATER NEW YORK, *et al.*, :
:
                Defendants. :
------------------------------------------------------------------x

CERTIFICATE OF SERVICE

        I hereby certify that on the 13th day of February 2008, I caused to be served by regular mail postage prepaid the Teamsters Local 282's Answer to the Amended Complaint upon the following:

Leila Rachele Pittaway
Joel Emmet Cohen, Esq.
McDermott, Will & Emery, LLP
340 Madison Avenue, PH 2
New York, NY 10017
*Attorney(s) for Plaintiff*

Richard S. Brook, Esq.
Law Offices of Richard S. Brook
114 Old Country Road, Suite 250
Mineola, NY 11501
*Attorney(s) Enterprise Association of
Steamfitters Local 638 of the United Association*

Carol L. O'Rourke Pennington
Colleran, O'Hara & Mills LLP
1225 Franklin Avenue, Suite 450
Garden City, NY 11530
*Attorney(s) for Building and Construction
Trades Council of Greater New York*

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, PC
1350 Broadway, Suite 501
New York, NY 10018
*Attorney(s) for Mason Tenders District Council
of Greater New York & Laborers Local 79*

Tamir Rosenblum
Mason Tenders District Council of Greater NY
520 Eighth Avenue, Suite 650
New York, NY 10018
*Attorney(s) for Mason Tenders District Council
of Greater New York*

James M. Steinberg, Esq.
Brady, McGuire & Steinberg, PC
603 Warburton Avenue
Hastings-on-Hudson, NY 10706
*Attorney(s) for International Union of Operating
Engineers Local 14-14B & International Union
of Operating Engineers, Local 15D, Affiliated
with the AFL-CIO*

Gary Silverman, Esq.
Joy Kim Mele
O'Dwyer & Bernstein
52 Duane Street, 5th Floor
New York, NY 10007
*Attorney(s) for United Brotherhood of
Carpenters & Joiners of America Local 608 &
District Council of New York City and Vicinity
of the United Brotherhood of Carpenters,
Joiners of America, AFL-CIO*

00118555.DOC.1

2

R. Matthew Pettigrew, Jr.
Richard H. Markowitz, Esq.
Markowitz and Richman
121 South Broad Street
Philadelphia, PA  19107
*Attorney(s) for Local #46 Metallic Lathers Union and Reinforcing Iron Workers of New York and Vicinity of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers*

Bruce J. Cooper, Esq.
Michael James D'Angelo, Esq.
Pitta & Dreier LLP
499 Park Avenue
New York, NY  10022
*Attorney(s) for Cement and Concrete Workers Local 20 of the Laborers International Union of North America*

Norman Rothfeld, Esq.
Gelb & Gelb, LLP
276 Fifth Avenue, Suite 806
New York, NY  10001
*Attorney(s) for Local Union 3, International Brotherhood of Electrical Workers*

Cement & Concrete Workers Local 18A
4235 Katonah Avenue
Bronx, NY  10470

Plumbers and Gasfitters Local Union No. 1
158-29 Cross Bay Boulevard
Howard Beach, NY  11414


Dated: February 13, 2008
        New York, New York


/s/ Bruce S. Levine
Bruce S. Levine
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036
Telephone: (212) 563-4100
Facsimile: (212) 695-5436

Attorneys for Defendant Teamsters Local 282, affiliated with the International Brotherhood of Teamsters

2