UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
TIME SQUARE CONSTRUCTION, INC., :
:
                   Plaintiff, :
:
            -against- :     07 Civ. 7403 (RJS)
:
BUILDING AND CONSTRUCTION TRADES COUNCIL :
OF GREATER NEW YORK, ENTERPRISE
ASSOCIATION OF STEAMFITTERS LOCAL 638 OF :
THE UNITED ASSOCIATION, CEMENT AND :
CONCRETE WORKERS LOCAL 20 OF THE LABORERS :
INTERNATIONAL UNION OF NORTH AMERICA, :
UNITED BROTHERHOOD OF CARPENTERS & :
JOINERS OF AMERICA LOCAL 608, LOCAL #46 :
METALLIC LATHERS UNION AND REINFORCING :
IRONWORKERS OF NEW YORK AND VICINITY OF :
THE INTERNATIONAL ASSOCIATION OF BRIDGE, :
STRUCTURAL, ORNAMENTAL AND REINFORCING :
IRON WORKERS, INTERNATIONAL UNION OF :
OPERATING ENGINEERS LOCAL 14-14B, :
INTERNATIONAL UNION OF OPERATING :
ENGINEERS, LOCAL 15D, AFFILIATED WITH THE :
AFL-CIO, LABORERS LOCAL 79, A CONSTITUENT :
LOCAL UNION OF THE MASON TENDERS DISTRICT :
COUNCIL OF GREATER NEW YORK, AFFILIATED :
WITH LABORERS INTERNATIONAL UNION OF :
NORTH AMERICA, MASON TENDERS DISTRICT :
COUNCIL OF GREATER NEW YORK, DISTRICT :
COUNCIL OF NEW YORK CITY AND VICINITY OF :
THE UNITED BROTHERHOOD OF CARPENTERS, :
JOINERS OF AMERICA, AFL-CIO AND LOCAL 3, :
INTERNATIONAL BROTHERHOOD OF ELECTRICAL :
WORKERS AND TEAMSTERS LOCAL 282 A/W :
INTERNATIONAL BROTHERHOOD OF TEAMSTERS, :
AFL-CIO, PLUMBERS AND GASFITTERS LOCAL :
UNION NO. 1AND CEMENT AND CONCRETE :
WORKERS LOCAL 8A OF THE LABORERS :
INTERNATIONAL UNION OF NORTH AMERICA, :
:
                   Defendants.
------------------------------------------------------------------- x

## STATEMENT PURSUANT TO FRCP 7.1

       Defendant Cement & Concrete Workers District Council Laborers International Union of North America s/h/a Cement and Concrete Workers Local 20 of the Laborers

International, Union of North America and Cement and Concrete Workers Local 18A of the Laborers International, Union of North America, (a private non-governmental party), by its attorneys Pitta & Dreier LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held, and no publicly held corporation owns any of its stock.

Dated: New York, New York
       February   ,2008

                          Respectfully submitted,

                          PITTA & DREIER, LLP

                          By: _____
                              Bruce J. Cooper (BC 2764)
                          Attorneys for Defendant
                          Cement & Concrete Workers District Council of the
                          Laborers International Union of North America
                          s/h/a Cement and Concrete Workers Local 20 of the
                          Laborers International Union of North America and
                          Cement and Concrete Workers Local 20 of the
                          Laborers International Union of North America
                          499 Park Avenue, 15th Floor
                          New York, New York 10022
                          (212) 652 - 3890
                          (212) 652 - 3891

Of counsel:
Michael D'Angelo (MD 3030)