## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                                              s.s.:
COUNTY OF NEW YORK         )

  *SUSAN E. GEMPLER*, being duly sworn, deposes and says:

  That deponent is not a party to the action is over eighteen years of age and resides in Rutherford, New Jersey.

  That on the 13th day of February, 2008 deponent served by first class mail the within DEFENDANT CEMENT AND CONCRETE WORKERS DISTRICT COUNCIL'S INITIAL DISCLOSURES PURSUANT TO FED. R. DIV. P. 26(a); ANSWER OF CEMENT & CONCRETE WORKERS DISTRICT COUNCIL OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA TO THE AMENDED COMPLAINT and STATEMENT PURSUANT TO FRCP 7.1 upon:

| | |
|---|---|
| **Jane Lauer-Barker, Esq.**<br>Pitta & Dreier<br>Attorney for Defendant, Plumbers Local Union No. 1<br>499 Park Avenue<br>New York, New York 10022 | **Carol L. O'Rourke Pennington, Esq.**<br>Colleran, O'Hara & Mills LLP<br>Attorneys for Defendant Building and Construction Trades Council of Greater New York<br>1225 Franklin Avenue, Suite 450<br>Garden City, New York 11530 |
| **Richard S. Brook, Esq.**<br>Law Office of Richard S. Brook<br>Attorneys for Enterprise Association of Steamfitters Local 638<br>114 Old Country Road, Suite 250<br>Mineola, New York 11501 | **Lowell Peterson, Esq.**<br>Myer, Suozzi, English & Klein, P.C.<br>Attorneys for Mason Tenders District Council of Greater New York and Laborers Local 79<br>1350 Broadway, Suite 501<br>New York, New York 10018 |
| **Joel Emmet Cohen, Esq.**<br>McDermott, Will & Emery, LLP<br>Attorneys for Plaintiff Times Square Construction<br>340 Madison Avenue<br>New York, New York 10017 | **Norman Rothfeld, Esq.**<br>Attorneys for I.B.E.W. Local Union 3<br>276 Fifth Avenue, Suite 806<br>New York, New York **10001** |

**Bruce Steven Levine**
Cohen, Weiss and Simon LLP
Attorneys for Teamsters Local 282 A/W
International brotherhood of Teamsters,
AFL-CIO
330 West 42nd Street
New York, New York 10036

**Gary Rothman, Esq.**
O'Dwyer & Bernstein, LLP
Attorneys for United brotherhood of Carpenter
& Joiners Local 608 and District Council
62 Duane Street, 5th Floor
New York, New York 10007

**Richard H. Markowitz, Esq.**
Markowitz and Richman
Attorneys for Local No. 46 Metallic
Lathers Union & Joiners Local 608 and
District Council
121 S. Broad Street
Philadelphia, PA 19107

**James M. Steinberg, Esq.**
Brady McGuire & Steinberg, P.C.
Attorneys for Defendant International Union
of Operating Engineers Local 15D and Local
14-14B
603 Warburton Avenue
Hastings-on-Hudson, New York 10706

_Susan E. Gempler_

Sworn to before me this
13TH day of February, 2008

_____
Notary Public

DEBORAH J. BOBB
NOTARY PUBLIC, State of New York
No. 02BO4955367
Qualified in Queens County
Commission Expires Aug. 28, 20_09_

{00288540.DOC;}