AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

TIME SQUARE CONST.,INC. v. BUILDING AND CONST., et al.   Case Number: 07 CV 07403 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plumbers and Gasfitters Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, sued as Plumbers and Gasfitters Local Union No. 1

I certify that I am admitted to practice in this court.

| 2/12/2008 | *[signature]* |
|---|---|
| Date | Signature |
| | Jane Lauer Barker — JB 5436 |
| | Print Name / Bar Number |
| | Pitta & Dreier LLP, 499 Park Avenue |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 652-3890 / (212) 652-3891 |
| | Phone Number / Fax Number |