EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.,

                      Plaintiff(s),

-against-

BUILDING AND CONSTRUCTION TRADES COUNCIL
OF GREATER NEW YORK, ENTERPRISE
ASSOCIATION OF STEAMFITTERS LOCAL 638 OF
THE UNITED ASSOCIATION, CEMENT AND
CONCRETE WORKERS LOCAL 20 OF THE
LABORERS INTERNATIONAL UNION OF NORTH
AMERICA, UNITED BROTHERHOOD OF
CARPENTERS & JOINERS OF AMERICA LOCAL 608,
LOCAL #46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK
AND VICINITY OF THE INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON
WORKERS, INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 14-14B,
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15D, AFFILIATED WITH
THE AFL-CIO, LABORERS LOCAL 79,
A CONSTITUENT LOCAL UNION OF THE MASON
TENDERS DISTRICT COUNCIL OF GREATER
NEW YORK, AFFILIATED WITH LABORERS
INTERNATIONAL UNION OF NORTH AMERICA,
MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK, DISTRICT COUNCIL
OF NEW YORK CITY AND VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS,
JOINERS OF AMERICA, AFL-CIO AND LOCAL
UNION 3, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, TEAMSTERS LOCAL 282
A/W INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, AFL-CIO, PLUMBERS AND
GASFITTERS LOCAL UNION NO. 1 AND CEMENT

Index No. 07 CIV 7403
AFFIDAVIT OF SERVICE

AND CONCRETE WORKERS LOCAL 18A OF THE
LABORERS INTERNATIONAL UNION OF
NORTH AMERICA,

         Defendant (s).
----------------------------------------------------------------X
STATE OF NEW YORK )
        :s.s.:
COUNTY OF QUEENS )

  CLENDY J. CALDERON, being duly sworn, deposes and says:

  I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

  On the 8th day of February, 2008, at approximately 4:30 p.m. at 158-29 Cross Bay Boulevard, Howard Beach, New York, I served a true copy of the AMENDED COMPLAINT, in the above-entitled action, upon PLUMBERS AND GASFITTERS LOCAL UNION NO. 1, defendant herein named, by personally delivering to and leaving thereat a true copy of the above-mentioned document on the door of the aforementioned address.

  On the 8th day of February, 2008, I completed the service of the AMENDED COMPLAINT upon PLUMBERS AND GASFITTERS LOCAL UNION NO. 1, defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing a true and correct copy of the aforementioned document in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against them and

then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Plumbers and Gasfitters Local Union No. 1
158-29 Cross Bay Boulevard
Howard Beach, NY 11414

Sworn to before me this
8th day of February, 2008

_____
NOTARY PUBLIC

EDWIN PATRICK SANTAMARIA
Notary Public, State of New York
No. 01SA6062013
Qualified in ~~New York~~ Queens County
Commission Expires July 30, 20 09

CLENDY J. CALDERON
Organization License No. 1155020