PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
VINCENT F. PITTA (VP 1435)
JANE LAUER BARKER (JB 5436)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIME SQUARE CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUILDING AND CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, et al., <br><br> Defendants. | 07 CV 7403 (RJS) (DCF) <br><br> <u>RULE 7.1 STATEMENT</u> |

Defendant, Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada ("Local 1"), sued herein as Plumbers and Gasfitters Local Union No. 1, by its attorneys, Pitta & Dreier LLP, states: Local 1 has no parent corporation or there is no publicly held corporation owning 10% or more of stock of Local 1.

Dated: New York, New York
       February 25, 2008

Respectfully submitted,
PITTA & DREIER LLP
*Attorneys for Defendant Local 1*

By: _____
     Jane Lauer Barker (JB 5436)
499 Park Avenue
New York, New York 10022
(212) 652-3890

{00331067.DOC;}