AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TIME SQUARE CONST., INC.

v.

BUILDING AND CONST., et al.

**APPEARANCE**

Case Number: 07 CV 07403 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada ("Local 1"), sued herein as Plumbers and Gasfitters Local Union No. 1

I certify that I am admitted to practice in this court.

| 3/19/2008 | *signature* |
|---|---|
| Date | Signature |
| | Michael J. D'Angelo — MD 3030 |
| | Print Name / Bar Number |
| | Pitta & Dreier LLP, 499 Park Avenue |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 625-3890 / (212) 625-3891 |
| | Phone Number / Fax Number |