UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIME SQUARE CONSTRUCTION, INC.
                              Plaintiff,

-v-

BUILDING AND CONSTRUCTION
TRADES COUNCIL OF GREATER NEW
YORK, ET AL
                              Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

Case No. 07-CV-07403 (RJS)(DF)

AMENDED REFERRAL ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

**X**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

**X**    Specific Non-Dispositive Motion/Dispute:*
_____
_____

___    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___    Habeas Corpus

___    Settlement* -

___    Social Security

___    Inquest After Default/Damages Hearing

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:    New York, New York
           May 6, 2008

_____
RICHARD J. SULLIVAN
United States District Judge