UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TIME SQUARE CONSTRUCTION,

                          Plaintiff,            07 Civ. 7403 (RJS) (DF)

      -against-                       **ORDER**

BCTC, et al.,

                         Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a conference with counsel for all parties on June 13, 2008; it is hereby ORDERED, as stated on the record at that conference, that:

      1.    To the extent any party has not yet fully responded to outstanding document requests and/or interrogatories, all responses, including the production of all documents that the party has agreed to produce, shall be completed no later than June 30, 2008.

      2.    All parties shall appear for a status conference before this Court on Wednesday, July 23, 2008, at 10:00 a.m., in Courtroom 17A, at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
          June 20, 2008

                                                    SO ORDERED

                                                  DEBRA FREEMAN
                                                  United States Magistrate Judge

Copies to:

All counsel (via ECF)