**ECF CASE**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
TIME SQUARE CONSTRUCTION, INC.,        :
                                       : 07 CV 7403 (RJS)(DF)
                                       :
            Plaintiff,                 :
                                       :
       v.                              :
                                       :
BUILDING AND CONSTRUCTION TRADES       :
COUNCIL OF GREATER NEW YORK, et al.,   :
                                       :
                                       :
            Defendants.                :
                                       :
---------------------------------------X
```

NOTICE OF APPEARANCE FOR ECF

    PLEASE TAKE NOTICE that Richard N. Gilberg, Richard A. Brook, and Steven Star, attorneys for defendants Laborers Local 79 and the Mason Tenders District Council of Greater New York, hereby file this notice of appearance for purposes of electronic filing in the above case and request service of all electronic notices and papers.

Dated:  New York, New York
        June 24, 2008

                                   By: _/s/Richard N. Gilberg_____
                                      Richard N. Gilberg (RNG 7732)
                                      Richard A. Brook (RAB 7355)
                                      Steven Star (SS 1920)
                                      MEYER, SUOZZI, ENGLISH
                                          & KLEIN, P.C.
                                      1350 Broadway, Suite 501
                                      New York, New York 10018
                                      (212) 239-4999
                                      rbrook@msek.com
                                      sstar@msek.com

                                      Attorneys for Defendants
                                      Laborers Local 79 and the
                                      Mason Tenders District Council
                                      Of Greater New York

95964

95964