# PITTA & DREIER LLP
### ATTORNEYS AT LAW



JUN 20 2008

Bruce J. Cooper *Partner*
Direct Dial 212 652 3727
bcooper@pittadreier.com

June 19, 2008

**Via Federal Express**
Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 525
New York, NY  10007

**MEMO ENDORSED**

SO ORDERED:   DATE: 6/25/08

*[signature]*
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Re:   Time Square Construction, Inc. v. BCTC, et al.
       ( 07 CV 07403) (RJS) (DF)

Dear Judge Freeman:

This firm represents defendants, Cement and Concrete Workers Local 20, LIUNA, Cement and Concrete Workers Local 18A, LIUNA (collectively "CCW") and Plumbers Local Union No. 1, U.A. ("Local 1") (sued as Plumbers and Gasfitters Local Union No. 1), in the above matter.

As Your Honor may recall at the June 12, 2008 status conference, Your Honor stated that if defendants wished to have their NLRB submissions included in the June 11, 2008 Protective Order as part of the definition of "Confidential Material" Your Honor would so modify the Order.  You directed the parties, however, to confer prior to submitting the request to the Court.  At the conclusion of the conference, the parties remained to discuss the inclusion of defendants' NLRB submissions in the Protective Order.  We are pleased to advise the Court that all of the parties, including plaintiff, consent to the modification.

We are writing this letter to request that Your Honor include within the term "Confidential Material" defendants' submissions to the NLRB, made on or after January 1, 2005, excluding submissions in cases that are still open before the NLRB which are exempt from disclosure.

Respectfully yours,

*[signature]*
Bruce J. Cooper

cc: All counsel
    Distribution list attached

*Handwritten endorsement:* On the consent of all parties, the June 11, 2008 Protective Order shall be deemed modified to cover submissions made by any party to the NLRB, unless such documents are obtained from sources other than that party or are otherwise publicly available. Any NLRB submission withheld from disclosure on the ground of any purported "exemption" from disclosure shall be duly listed on a privilege log.

499 Park Avenue  New York, New York 10022
Telephone 212 652 3890  Facsimile 212 652 3891

111 Washington Avenue  Suite 401  Albany, New York 12210
Telephone 518 449 3320  Facsimile 518 449 5812

{00363517.DOC;}
www.pittadreier.com

Joel E. Cohen
Leila Pittaway
*Attorneys for Time Square Construction, Inc.*
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922

Carol O'Rourke Pennington, Esq.
Colleran, O'Hara & Mills, LLP
*Attorneys for BCTC*
1225 Franklin Avenue, Suite 450
Garden City, New York 11530

Michael D'Angelo
Pitta & Dreier, LLP
*Attorneys for Cement & Concrete Workers, Local 18a and Local 20, LIUNA*
499 Park Avenue
15th Floor
New York, New York 10022

Jane Lauer Barker, Esq.
Pitta & Dreier LLP
*Attorneys for Plumbers Local Union No. 1, U.A.*
499 Park Avenue
New York, NY 10022

Norman Rothfeld, Esq.
*Attorney for IBEW Local Union 3*
276 Fifth Avenue, Suite 806
New York, New York 10001

Bruce Steven Levine, Esq.
Cohen, Weiss and Simon, LLP
*Attorneys for Teamsters Local 282*
330 West 42nd Street
New York, New York 10036

James M. Steinberg, Esq.
*Attorney for IUOE Local 14-14B and 15D*
603 Warburton Avenue
Hastings-on-Hudson, New York 10706

Richard S. Brook, Esq.
Law Office of Richard S. Brook
*Attorneys for Enterprise Association of Steamfitters, Local 638*
114 Old Country Road, Suite 250
Mineola, New York 11501

Gary Rothman, Esq.
O'Dwyer & Bernstein LLP
*Attorneys for United Brotherhood of Carpenters & Joiners, Local 608 and District Council*
62 Duane Street, 5th Floor
New York, New York 10007

Richard H. Markowitz, Esq.
Markowitz & Richman
*Attorneys for Local No. 46 Metallic Lathers Union & Reinforcing Ironworkers of New York and Vicinity of the International Association of Bridge, Structural, Ornamental & Reinforcing Iron Workers*
121 South Broad Street
Philadelpha, PA 19107

Richard A. Brook, Esq.
Meyer, Suozzi, English & Klein, PC
*Attorneys for Local 79, Mason Tenders District Council of Greater NY, LIUNA*
1350 Broadway, Suite 501
New York, New York 10018

{00363517.DOC;}