UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.,                          :
                         Plaintiff,    : 07-CIV-7403
          v.                                   : (RJS)(DCF)
BUILDING AND CONSTRUCTION TRADES                        :
COUNCIL OF GREATER NEW YORK,                             :
ENTERPRISE ASSOCIATION OF                                :
STEAMFITTERS LOCAL 638 OF THE UNITED                     :
ASSOCIATION, CEMENT AND CONCRETE                         :
WORKERS LOCAL 20 OF THE LABORERS                         :
INTERNATIONAL UNION OF NORTH                             : **NOTICE OF APPEARANCE**
AMERICA, UNITED  BROTHERHOOD OF                          :
CARPENTERS & JOINERS OF AMERICA                          :
LOCAL 608, LOCAL #46 METALLIC LATHERS                    :
UNION AND REINFORCING IRONWORKERS                        :
OF NEW YORK AND VICINITY OF THE                          :
INTERNATIONAL ASSOCIATION OF BRIDGE,                     :
STRUCTURAL, ORNAMENTAL AND                               :
REINFORCING IRON WORKERS,                                :
INTERNATIONAL UNION OF OPERATING                         :
ENGINEERS LOCAL 14-14B, INTERNATIONAL                    :
UNION OF OPERATING ENGINEERS, LOCAL                      :
15D, AFFILIATED WITH THE AFL-CIO,                        :
LABORERS LOCAL 79, A CONSTITUENT                         :
LOCAL UNION OF THE MASON TENDERS                         :
DISTRICT COUNCIL OF GREATER NEW                          :
YORK, AFFILIATED WITH LABORERS                           :
INTERNATIONAL UNION OF NORTH                             :
AMERICA, MASON TENDERS DISTRICT                          :
COUNCIL OF GREATER NEW YORK,                             :
DISTRICT COUNCIL OF NEW YORK CITY                        :
AND VICINITY OF THE UNITED                               :
BROTHERHOOD OF CARPENTERS, JOINERS                       :
OF AMERICA, AFL-CIO AND LOCAL UNION                      :
3, INTERNATIONAL BROTHERHOOD OF                          :
ELECTRICAL WORKERS AND TEAMSTERS                         :
LOCAL 282 A/W INTERNATIONAL                              :
BROTHERHOOD    OF TEAMSTERS, AFL-CIO,                    :
PLUMBERS AND GASFITTERS LOCAL UNION                      :
NO. 1 AND CEMENT AND CONCRETE                            :
WORKERS LOCAL 18A OF THE LABORERS                        :
INTERNATIONAL UNION OF NORTH AMERICA                     :
                    Defendants.          :
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on behalf of Defendant, BUILDING CONSTRUCTION TRADES COUNCIL OF GREATER NEW YORK, the undersigned attorney appears as co-counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated:  Garden City, New York
       June 30, 2008

Respectfully submitted,

COLLERAN, O'HARA & MILLS L.L.P.
Attorneys for BUILDING CONSTRUCTION
TRADES COUNCIL OF GREATER
NEW YORK

By: _____
    ERIN O. DOHERTY (ED 8455)
    1225 Franklin Avenue, Suite 460
    Garden City, New York 11530
    (516) 248-5757
    eod@cohmlaw.com