*Norman Rothfeld*
*Counselor at Law*

(212) 686-0070
FAX: (212) 481-9569

*276 Fifth Avenue, New York, N.Y. 10001*

June 30, 2008

Clerk, U.S. District Court
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

      Re:    Time Square v. Building and Construction
              07 Civ. 7403 (Sullivan)

Dear Clerk:

    Enclosed you will please find copy of Answer to the Amended Complaint, which you will please cause to be filed.

                                  Very truly yours,

                                  Norman Rothfeld

Encl.
NR/kb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.,

                Plaintiff,                            07 CIV. 7403 (Sullivan)

                v.                                 ECF CASE

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK,
ENTERPRISE ASSOCIATION OF                    ANSWER TO AMENDED
STEAMFITTERS LOCAL 638 OF THE UNITED       COMPLAINT
ASSOCIATION, CEMENT AND CONCRETE
WORKERS LOCAL 20 OF THE LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA, UNITED BROTHERHOOD OF
CARPENTERS & JOINERS OF AMERICA LOCAL
608, LOCAL #46 METALLIC LATHERS UNION
AND REINFORCING IRONWORKERS OF NEW
YORK AND VICINITY OF THE
INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS,
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL
15D, AFFILIATED WITH THE AFL-CIO,
LABORERS LOCAL 79, A CONSTITUENT
LOCAL UNION OF THE MASON TENDERS
DISTRICT COUNCIL OF GREATER NEW YORK,
AFFILIATED WITH LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA, MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK, DISTRICT
COUNCIL OF NEW YORK CITY AND VICINITY
OF THE UNITED BROTHERHOOD OF
CARPENTERS, JOINERS OF AMERICA, AFL-CIO
AND LOCAL UNION 3, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS
AND TEAMSTERS LOCAL 282 A/W
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, AFL-CIO,

                Defendants.
---------------------------------------------------------------X

Defendant LOCAL UNION NO. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO ("Local 3") represented by the undersigned, answering the Amended Complaint, states:

1. Denies Knowledge of and information with respect to the allegations contained in paragraphs 4, 19, 20, 21, 23 24, 25, 26, 30, 32, 33, 34, 35, 36, 37, 38, 39, 41, 44, 45, 46, 47, 48, 49, and 50.

2. Denies the allegations contained in paragraphs 29, 31, 40, 42, 43, 51 and 52 of the Complaint with respect to Local 3, and denies knowledge with respect to the other defendants.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against defendant Local 3 upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to state allegations against Local 3 with the requisite specificity.

### THIRD AFFIRMATIVE DEFENSE

Local 3 did not engage in speech or conduct as set forth in the Complaint in violation of 29 U.S.C. §§ 158(b)(4)(i)(ii)(B), 28 U.S.C. § 187, or of any other laws as alleged in the Complaint.

WHEREFORE, this Court should dismiss Amended Complaint against Local 3.

Respectfully submitted,

_____
NORMAN ROTHFELD (NR-0639)
Attorneys for Defendant, Local Union No. 3, IBEW
276 Fifth Avenue, Suite 806
New York, New York 10001
(212) 686-0070

S:\MISC\NYRA\AnswertoAmendedComplaint.wpd

2