UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME SQUARE CONSTRUCTION,

                              Plaintiff,           07 Civ. 7403 (RJS) (DF)

        -against-                               **ORDER**

BCTC, et al.,

                              Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a conference with counsel for all parties on July 23, 2008; it is hereby ORDERED, as stated on the record at that conference, that:

1. No later than July 25, 2008,

    a. Plaintiff shall provide defendants with its damages calculation.

    b. Defendants shall serve any notices for depositions of plaintiff pursuant to Fed. R. Civ. P. 30(b)(6).

2. No later than July 30, 2008, plaintiff shall designate the witness(es) that it will produce to testify regarding each topic separately identified by defendants in their Rule 30(b)(6) deposition notices.

3. No later than August 1, 2008,

    a. Plaintiff shall provide defendants with an index for the documents it has produced, regardless of whether the documents were produced in hard copy or electronic form.

    b. To the extent plaintiff has not yet fully responded to outstanding interrogatories served by defendants, plaintiff shall serve complete responses.

4. No later than August 8, 2008,

   a. Plaintiff shall provide amended written responses to defendants' document requests, so as to clarify whether plaintiff has in fact located and produced documents responsive to each of defendants' particular requests.

   b. Defendants shall submit their opposition to plaintiff's letter application dated July 21, 2008, seeking to compel production of (i) defendants' NLRB submissions, and (ii) the purportedly "confidential" information contained in the Executive Board Meeting Minutes of defendant Building & Construction Trades Council ("BCTC").

5. No later than August 13, 2008,

   a. Plaintiff shall submit its reply, if any, to defendants' opposition to its application to compel NLRB submissions and the BCTC minutes.

   b. Defendant Laborers Local 79, Mason Tenders District Council, shall submit any opposition to plaintiff's application to compel production of the names of all of the union's rank and file members who were on the job site at the relevant time, regardless of whether they were working on the site at the time. Although no date for plaintiff's reply on this issue was set at the conference, plaintiff may have until August 15, 2008 to submit its reply, if any.

6. The deadline for the completion of fact discovery is extended to November 14, 2008.

7.  All parties shall appear for a status conference before this Court on September 10, 2008, at 10:00 a.m., in Courtroom 17A, at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 25, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)