UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIME SQUARE CONSTRUCTION,

                Plaintiff,

-against-

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

07 Civ. 7403 (RJS) (DF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08

**DEBRA FREEMAN, United States Magistrate Judge:**

    The Court having held a case management conference with counsel for all parties on September 10, 2008; it is hereby ORDERED, for the reasons stated on the record at the conference, that:

    1.    Plaintiff's motion to compel the production of (a) Defendants' NLRB submissions, and (b) the names of Defendants' union members who participated in the picketing and other activities at the job site, as alleged in the Complaint, is granted.

    2.    Plaintiff's further motion to compel the production of Executive Board Meeting minutes of defendant Building & Construction Trades Council ("BCTC") is also granted, except that BCTC may redact any privileged attorney-client communications contained in those minutes, and identify the redacted communications on an appropriate privilege log. If it is BCTC's position that the minutes, in their entirety, are subject to the attorney-client privilege, then BCTC should submit the minutes to the Court for *in camera* review.

    3.    The parties are directed to confer in good faith regarding a reasonable schedule for the production of all documents ordered by the Court to be produced, except that, with

respect to the portion of this Court's Order that requires NLRB submissions to be produced, if any defendant writes to this Court indicating that it wishes to appeal this aspect of the Court's Order to the Honorable Sidney H. Stein, U.S.D.J., then, given the policy issues that may be involved, this Court will stay its Order requiring production until after the resolution of such appeal.

4.  All parties shall appear for a status conference before this Court on October 23, 2008, at 11:00 a.m., in Courtroom 17A, at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 11, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)